UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
)
Michelle Villa ) Case # 6:16-bk-07996-RAC
) Chapter 7
<u>           Debtor        </u> )

TRUSTEE'S RESPONSE TO PRIMARY RESIDENTIAL MORTGAGE, INC.
<u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

COMES NOW Richard B. Webber II, the duly appointed and acting Trustee in the above-captioned case, and responds to Primary Residential Mortgage, Inc. Motion for Relief from Automatic Stay (Doc. # 7) filed on December 22, 2016 in regards to the real property located at 1917 Saint Andrews Pl, Longwood, FL 32779 and states the following:

1. Trustee will be obtaining Court approval to employ BK Global Real Estate Services and Keller Williams Winter Park to market and conduct a short sale of the real property located at 1917 SAINT ANDREWS PL, LONGWOOD, FL 32779-4624("Property").

2. The Trustee hereby requests 180 days to sell the Property for the benefit of creditors and Primary Residential Mortgage, Inc.

WHEREFORE, Trustee prays that he be granted 180 days to sell the Property for the benefit of creditors of this case and for all other relief as is just and proper.

Respectfully submitted this 11TH day of January, 2017.

                                                         <u>/s/ Richard B Webber II</u>
                                                         Richard B Webber II, Esquire
                                                         Zimmerman, Kiser & Sutcliffe
                                                         PO Box 3000
                                                         Orlando, FL 32802-3000
                                                         Phone: (407)563-4328
                                                         Facsimile: (407)425-2747
                                                         E-mail: rschohl@zkslawfirm.com

  I HEREBY CERTIFY that a true and correct copy of the foregoing **Response** has been furnished either by U. S. Mail, postage pre-paid and/or by electronic transmission to: Michelle Villa, 1917 SAINT ANDREWS PL, LONGWOOD, FL 32779-4624; Lewis Matthew Roberts, LEWIS ROBERTS, PA, 631 PALM SPRINGS DRIVE #114, ALTAMONTE SPRINGS, FL 32701;  United States Trustee, 400 W. Washington St., Ste. 1100, Orlando, Florida 32801; and all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and on this January 11, 2017.

                /s/ Richard B. Webber II, Trustee
                Richard B. Webber II, Trustee

```
Label Matrix for local noticing        BMW Bank of North America              Roberta A. Colton
113A-6                                  c/o Ascension Capital Group            Orlando
Case 6:16-bk-07996-RAC                  P.O. Box 165028                        , FL
Middle District of Florida              Irving, TX 75016-5028
Orlando
Wed Jan 11 13:54:08 EST 2017

Primary Residential Mortgage, Inc.      Michelle Villa                         BMW Bank of North America
Gladstone Law Group, P.A.               1917 Saint Andrews Pl                  P.O. Box 165028
c/o Spencer Gollahon                    Longwood, FL 32779-4624                Arlington, TX 76006
1499 W. Palmetto Park Road, Suite 300
Boca Raton, FL 33486-3322

(p)BMW FINANCIAL SERVICES               (p)BANK OF AMERICA                     Barclays Bank Delaware
CUSTOMER SERVICE CENTER                 PO BOX 982238                          Po Box 8803
PO BOX 3608                             EL PASO TX 79998-2238                  Wilmington, DE 19899-8803
DUBLIN OH 43016-0306


Belden Jewelers/Sterling Jewelers, Inc  Brandon Legal Group                    (p)CAPITAL ONE
375 Ghent Rd                            Andrew Tapp                            PO BOX 30285
Fairlawn, OH 44333-4601                 1209 Lakeside Dr                       SALT LAKE CITY UT 84130-0285
                                        Brandon, FL 33510-4109


Ccs/bryant State Bank                   Cfc                                    Comenity Bank/Abarcrormbie
500 E. 60th Street North                121 Continental Dr Ste 1               Po Box 182789
Sioux Falls, SD 57104-0478              Newark, DE 19713-4325                  Columbus, OH 43218-2789


Comenity Bank/Ann Taylor                Comenity Bank/Pottery Barn             Comenity Bank/Victoria Secret
Po Box 182273                           Po Box 182789                          Po Box 182789
Columbus, OH 43218-2273                 Columbus, OH 43218-2789                Columbus, OH 43218-2789


Comenity/Crate & Barrell                Credence Resource Management           Dr Perru Dumbacher
Po Box 182789                           17000 Dallas Pkwy Ste 20               7560 Red Bug Lake Rd Ste 2048
Columbus, OH 43218-2789                 Dallas, TX 75248-1940                  Oviedo, FL 32765-6591


Dsnb Bloomingdales                      EdFinancial Services, Llc              First Premier Bank
9111 Duke Blvd                          120 N Seven Oaks Drive                 3820 N Louise Ave
Mason, OH 45040-8999                    Knoxville, TN 37922-2359               Sioux Falls, SD 57107-0145


Florida Hosp Med Center                 Florida Hospital Medical Group         Florida Radiology Imaging
Patient Financial Services              Po Box 531680                          900 Winderly Pl 1220
PO Box 538800                           Atlanta, GA 30353-1680                 Maitland, FL 32751-7229
Orlando, FL 32853-8800


IC Systems, Inc                         Internal Revenue Service               Kay Jewelers/Sterling Jewelers Inc.
Po Box 64378                            Post Office Box 7346                   375 Ghent Rd
Saint Paul, MN 55164-0378               Philadelphia PA 19101-7346             Fairlawn, OH 44333-4601
```

| | | |
|---|---|---|
| Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | Labcorp<br>705 W Sr 434 Ste J<br>Longwood, FL 32750-4907 | Metropolitan Law Group, PLLC<br>Andrew Tapp<br>1971 W Lumsden Rd Ste 326<br>Brandon, FL 33511-8820 |
| North American Credit Services<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Orlando Orthopaedic Center<br>Po Box 568529<br>Orlando, FL 32856-8529 | Pennymac Loan Services<br>6101 Condor Dr<br>Moorpark, CA 93021-2602 |
| Portfolio Recovery<br>287 Independence<br>Virginia Beach, VA 23462-2962 | Primary Residential Mo<br>14500 N Northsight Blvd<br>Scottsdale, AZ 85260-3658 | Quest Diagnostics<br>PO Box 7306<br>Hollister, MO 65673-7306 |
| Radiology Specialists of Florida<br>601 E Rollins St<br>Orlando, FL 32803-1248 | Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Synchrony Bank/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | TD Retail Card Services/Rooms to Go<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 | Tribute Card<br>Pob 105555<br>Atlanta, GA 30348-5555 |
| US Dept of Education<br>Po Box 5609<br>Greenville, TX 75403-5609 | Villa, Michelle<br>1917 Saint Andrews Pl<br>Longwood, FL 32779-4624 | Visa Dept Store National Bank<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Wayside Dental<br>4907 International Pkwy Ste 1041<br>Sanford, FL 32771-8607 | Wekiva Fairway Townhomes Condo Association<br>2180 West SR 434  Ste 5000<br>Longwood, FL 32779-5042 | Wekiva Hunt Club Community Association<br>197 N Hunt Club Blvd<br>Longwood, FL 32779-4657 |
| Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 | Wells Fargo Home Mor<br>7255 Baymeadows Way<br>Des Moines, IA 50306 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Spencer Gollahon +<br>Gladstone Law Offices, P.A.<br>1499 W. Palmetto Park Road, Suite 300<br>Boca Raton, FL 33486-3322 | Lewis Matthew Roberts +<br>Lewis Roberts, PA<br>631 Palm Springs Drive #114<br>Altamonte Springs, FL 32701-7854 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>5515 Parkcenter Cir<br>Dublin, OH 43017 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |

End of Label Matrix
Mailable recipients    57
Bypassed recipients     0
Total                  57